Steven Marenberg (SB No. 101033) (smarenberg@irell.com)
Josh B. Gordon (SB No. 244818) (josh.gordon@irell.com)
Josh Geller (SB No. 295412) (jgeller@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff  QED Holdings, LLC

Martin D. Singer (SB No. 78166) (mdsinger@lavelysinger.com)
Paul N. Sorrell (SB No. 126346) (psorrell@lavelysinger.com)
Todd S. Eagan (SB No. 207426) (teagan@lavelysinger.com)
LAVELY & SINGER PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| QED HOLDINGS, LLC, a Delaware limited liability company, | Case No. 2:15-CV-02390-GW-JEM |
| Plaintiff, | **JOINT REPORT ON ARBITRATION STATUS** |
| v. | Judge: Hon. George H. Wu |
| WILLIAM H. BLOCK, an individual; QED PICTURES, LLC, a Delaware limited liability company; QED INTERNATIONAL, LLC, a Delaware limited liability company, | |
| Defendants. | |

3447251          JOINT REPORT ON ARBITRATION STATUS

Plaintiff QED Holdings, LLC ("QED") and Defendants William H. Block ("Block"), QED Pictures, LLC, and QED International, LLC (collectively, "Defendants"), by and through their respective counsel, hereby submit the following Joint Report on the status of the Arbitration between the Parties, entitled *QED Holdings, LLC v. William H. Block, et al.*, JAMS Ref No. 1210032262 (the "Arbitration"), pursuant to the Parties' Joint Stipulation: (1) Remanding Certain Claims to Arbitration; (2) Staying Further Proceedings in this Case; and (3) Agreeing to a Preliminary Injunction (Dkt. No. 57).

## STATUS OF THE ARBITRATION

1. From approximately May 2015 through approximately September 2015, the Parties have been engaged in discovery. The Parties have conducted five depositions of fact witnesses and each Party has disclosed an expert witness.

2. On July 14, 2015, the Arbitrator, Hon. Terry B. Friedman (Ret.), issued a Stipulated Protective Order Regarding Confidential Information.

3. On July 21, 2015, QED filed a Further Supplement to its Demand for Arbitration and Statement of Claims, which, among other things, added Defendant QED International, LLC to the Arbitration.

4. On July 30, 2015, Block filed an Amended Statement of Counterclaims and Cross-Claims. On August 24, 2015, Block filed a [Proposed] Second Amended Statement of Counterclaims and Cross-Claims.

5. Fact discovery concluded on September 21, 2015.

6. QED and Counter-Respondent Joshua B. Grode ("Grode") filed a Motion for Summary Adjudication on September 11, 2015. Defendants filed their Opposition on September 29, 2015, and QED and Grode intend to file their reply on October 6, 2015. The Motion will be heard on October 12, 2015.

//
//
//

- 1 -

3447251     JOINT REPORT ON ARBITRATION STATUS

7. The Arbitration Hearing is scheduled to take place on October 19–23, 2015. The Parties anticipate that the Arbitration will be concluded shortly thereafter.

                                                 Respectfully submitted,

Dated: September 30, 2015      IRELL & MANELLA LLP

                                           By: */s/ Steven A. Marenberg*
                                              STEVEN A. MARENBERG
                                              Attorneys for Plaintiff
                                              QED HOLDINGS, LLC

Dated: September 30, 2015      LAVELY & SINGER PROFESSIONAL CORPORATION

                                           By: */s/ Paul N. Sorrell*
                                              PAUL N. SORRELL
                                              Attorneys for Defendants
                                              WILLIAM H. BLOCK, QED PICTURES, LLC, and QED INTERNATIONAL, LLC

I hereby attest that all other signatures listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 30, 2015                        IRELL & MANELLA LLP

                                                        By: */s/ Steven A. Marenberg*
                                                        Steven A. Marenberg
                                                        Attorneys for Plaintiff
                                                        QED Holdings, LLC