Steven Marenberg (SB No. 101033) (smarenberg@irell.com)
Josh B. Gordon (SB No. 244818) (josh.gordon@irell.com)
Josh Geller (SB No. 295412) (jgeller@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff  QED Holdings, LLC

Martin D. Singer (SB No. 78166) (mdsinger@lavelysinger.com)
Paul N. Sorrell (SB No. 126346) (psorrell@lavelysinger.com)
Todd S. Eagan (SB No. 207426) (teagan@lavelysinger.com)
LAVELY & SINGER PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| QED HOLDINGS, LLC, a Delaware limited liability company, | Case No. 2:15-CV-02390-GW-JEM |
| Plaintiff, | **JOINT REPORT ON ARBITRATION STATUS** |
| v. | Judge: Hon. George H. Wu |
| WILLIAM H. BLOCK, an individual; QED PICTURES, LLC, a Delaware limited liability company; QED INTERNATIONAL, LLC, a Delaware limited liability company, | |
| Defendants. | |

3447251                JOINT REPORT ON ARBITRATION STATUS

Plaintiff QED Holdings, LLC ("QED") and Defendants William H. Block ("Block"), QED Pictures, LLC, and QED International, LLC (collectively, "Defendants"), by and through their respective counsel, hereby submit the following Joint Report on the status of the Arbitration between the Parties, entitled *QED Holdings, LLC v. William H. Block, et al.*, JAMS Ref No. 1210032262 (the "Arbitration"), pursuant to the Court's October 2, 2015 Scheduling Notice (Dkt. No. 60).

## STATUS OF THE ARBITRATION

The Parties have reached a settlement of this matter and have executed a Settlement Agreement. Upon the occurrence of certain conditions and the execution of certain documents, which the Parties estimate will occur by year end, the settlement will ultimately result in the dismissal of all claims, counter-claims and/or cross-claims in this action and in the Arbitration, with each party to bear its own fees and costs. Therefore, in light of the settlement, the Parties respectfully request that the Court vacate the November 16, 2015 status conference.

Respectfully submitted,

Dated: November 11, 2015   IRELL & MANELLA LLP

By: */s/ Steven A. Marenberg*
STEVEN A. MARENBERG
Attorneys for Plaintiff
QED HOLDINGS, LLC

Dated: November 11, 2015   LAVELY & SINGER
PROFESSIONAL CORPORATION

By: */s/ Paul N. Sorrell*
PAUL N. SORRELL
Attorneys for Defendants
WILLIAM H. BLOCK, QED PICTURES, LLC, and QED INTERNATIONAL, LLC

1       I hereby attest that all other signatures listed, and on whose behalf this filing
2 is submitted, concur in the filing's content and have authorized the filing.

4   Dated: November 11, 2015                         IRELL & MANELLA LLP

                                         By: /s/ *Steven A. Marenberg*
                                         Steven A. Marenberg

                                         Attorneys for Plaintiff
                                         QED Holdings, LLC