JS-6

Steven Marenberg (SB No. 101033) (smarenberg@irell.com)
Josh B. Gordon (SB No. 244818) (josh.gordon@irell.com)
Josh Geller (SB No. 295412) (jgeller@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
*Attorneys for Plaintiff QED Holdings, LLC*

Martin D. Singer (SB No. 78166) (mdsinger@lavelysinger.com)
Paul N. Sorrell (SB No. 126346) (psorrell@lavelysinger.com)
Todd S. Eagan (SB No. 207426) (teagan@lavelysinger.com)
LAVELY & SINGER PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| QED HOLDINGS, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM H. BLOCK, an individual; QED PICTURES, LLC, a Delaware limited liability company; QED INTERNATIONAL, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. CV 15-2390-GW(JEMx) <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL** <br><br> Judge: Hon. George H. Wu |

3442537      [Proposed] Order Granting Stipulation of Dismissal

1 | The Stipulation of Dismissal having been submitted to the Court in compliance with Local Rule 52-4.1, and the Court finding good cause exists for granting the Stipulation of Dismissal,

IT IS HEREBY ORDERED that:

1. All claims for relief in this matter are dismissed with prejudice;
2. Each party will bear its own attorneys' fees and costs.

Dated: February 8, 2016 _____

_____
Hon. George H. Wu
United States District Judge